FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 11 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00740 bnb

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

WAYNE A. BETHURUM,

    Applicant,

v.

ARI ZAVARAS, and
ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

Applicant Wayne A. Bethurum has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (a). As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 9th day of April, 2008.

BY THE COURT:

*signature*

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  '08 - CV - 00740

Wayne A. Bethurum
Prisoner No. 43861
NFCF - DN-117
1605 E. Main Street
Sayre, OK 73662

I hereby certify that I have mailed a cop of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on 4-11-08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk